**301 MUIR ET AL. vs. SUPERIOR COURT JUDGE** (Detroit), 28 M., 265.

To compel respondent to vacate and set aside an order dismissing a case which had been transferred from the Wayne Circuit Court.

Granted October 28, 1873.

**302 WOOD vs. CIRCUIT JUDGE (Kent), No. 14839, 105 M., 378.**

To vacate an order granting a petition for temporary alimony in a divorce case, in the Kent Circuit Court, where defendant had filed a petition and bond for the removal of the cause to the Superior Court of Grand Rapids, the circuit judge holding the removal statute to be invalid.

Granted May 21, 1895, with costs against complainant in the chancery cause.

**303 MICHIGAN TRUST CO. vs. CIRCUIT JUDGE (Kalamazoo), No. 14966.**

To compel the transfer of a chancery case from Berrien to Kent, on the ground that the circuit judge of Berrien is disqualified.

Denied July 2, 1895, with costs.

The respondent held that the allegation as to the disqualification of the circuit judge was not sustained.

**304 UNDERWOOD vs. CIRCUIT JUDGE (Kent), No. 14773½.**

To compel respondent to reinstate an order originally made by him, but afterwards set aside, transferring a cause from the Newaygo Circuit to the Kent Circuit because of the disqualification of the judge of the first named Circuit.

Order to show cause denied March 19, 1895.